LAW OFFICES OF MITCHELL S. SEGAL, P.C.
1129 NORTHERN BOULEVARD
SUITE 404
MANHASSET, NEW YORK 11030
Ph: (516) 415-0100
Fx: (516) 706-6631

<u>N.Y.C. Office</u>
137 Fifth Avenue, 9th Floor
New York, N.Y. 10010
Ph: (212) 388-9444

VIA ECF                                                                                                  November 8, 2022

Honorable William F. Kuntz, II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Jay Winegard v. Boattest.com, LLC.</u>
Joint Letter of Settlement
Case No. 1:20-cv-05301-WFK-RLM

Dear Honorable William F. Kuntz, II:

I, Mitchell Segal, Esq. represent Plaintiff Jay Winegard ("Plaintiff") in the above-referenced matter. On behalf of Plaintiff and Defendant Boattest.com, LLC ("Defendant"), we hereby inform the Court that the parties have reached a settlement in principle. We anticipate that the parties will finalize and execute their settlement agreement and file a stipulation of dismissal with prejudice within the next thirty (30) days. Given that the parties have resolved the litigation, we respectfully request that this Court adjourn all pending dates sine die and provide the parties with thirty (30) days to file their anticipated stipulation of dismissal.

We thank the Court for its attention to this matter.

Respectfully submitted,
<u>/s/ Mitchell Segal</u>
Mitchell Segal, Esq.

cc: Timothy P. Moylan, Esq. (via ECF)
    Danielle B. Charlot, Esq. (via ECF)