```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JAY WINEGARD,                             :
                                          :
                Plaintiff,                :
                                          :
        v.                                :       ORDER
                                          :       20-CV-5301 (WFK) (RLM)
BOATTEST.COM, LLC,                        :
                                          :
                Defendant.                :
-----------------------------------------------------------X
```

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court is in receipt of the parties' letter informing the Court they have reached a settlement in principle. ECF No. 21. Accordingly, the parties are directed to file a stipulation of dismissal within 30 days, and all pending dates and deadlines are adjourned sine die.

SO ORDERED.

s/ WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: December 2, 2022
       Brooklyn, New York