UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――X

JAY WINEGARD, on behalf of himself and all others similarly situated,

                        Plaintiff,           Case No.: 1:20-cv-05301-WFK-RLM

v.

                                          **STIPULATION OF DISMISSAL WITH PREJUDICE**

BOATTEST.COM, LLC d/b/a www.boattest.com,

                        Defendant.

―――――――――――――――――――――――――X

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by and through their undersigned counsel, that this case is dismissed with prejudice. Each party shall bear its own legal fees and costs.

Dated: Manhasset, New York
        December 8, 2022

DISERIO MARTIN O'CONNOR & CASTIGLIONI LLP

By: _____
  Danielle Brittany Charlot
  *Attorney for Defendant*
  1010 Washington Blvd., Suite 800
  Stamford, CT 06901
  203-358-0800
  Fax: 203-348-2321
  dcharlot@dmoc.com

LAW OFFICES OF MITCHELL S. SEGAL, P.C.

By: _____
  Mitchell S. Segal
  *Attorney for Plaintiff*
  1129 Northern Boulevard, Suite 404
  Manhasset, New York 11030
  Ph (516) 415-0100
  Fx (516) 706-6631
  msegal@segallegal.com

SO ORDERED.

/s/ WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: December 8, 2022
       Brooklyn, New York